# **Exhibit 2**



# Pitt McGehee Palmer & Rivers

117 W. Fourth Street, Suite 200  
Royal Oak, MI 48067-3848  
Tele: (248) 398-9800  
Fax: (248) 268-7996  
www.pittlawpc.com

Michael L. Pitt  
Cary S. McGehee  
Peggy Goldberg Pitt  
Robert W. Palmer  
Beth M. Rivers

Megan A. Bonanni  
Jennifer L. Lord  
Robin B. Wagner  
Channing Robinson-Holmes

Kevin M. Carlson  
Of Counsel

October 15, 2019

*Recipes Restaurant Class Action v. Leah Fabry/Lauren Conner*

## SETTLEMENT STATEMENT OF FEES AND COSTS

|  | RECEIVABLE | DISBURSEMENTS | BALANCE |
|---|---|---|---|
| Gross Settlement Amount | $37,500.00 | | |
| **Costs Expanded:** | | | |
| Filing Fee. | | $400.00 | |
| Legal Research January 2019 | | $8.93 | |
| Channing Robinson - Mileage/Parking to Scheduling Conference | | $26.94 | |
| Conference Call Premiere Global Services | | $10.19 | |
| Legal Research - July 2019 | | $169.88 | |
| Postage | | $20.66 | |
| Copy/Print Charges | | $40.40 | |
| Total Costs: | | | $677.00 |
| Attorney Fee (33% of $36,823.00) | | | $12,151.59 |
| Net to Class Members | | | $24,671.41 |
| | | $37,500.00 | $37,500.00 |

**APPROVED BY:**

_____  
Leah Fabry, Class Representative

_____  
Channing Robinson-Holmes

_____  
Lauren Conner, Class Representative

This settlement statement reflects costs to date. However, it is possible that additional costs may be received or incurred by the firm subsequent to the date on this statement. If additional costs are received or incurred, this settlement will be revised at that time and the account reconciled.



# Pitt McGehee
# Palmer & Rivers

117 W. Fourth Street, Suite 200  
Royal Oak, MI 48067-3848  
Tele: (248) 398-9800  
Fax: (248) 268-7996  
www.pittlawpc.com

Michael L. Pitt  
Cary S. McGehee  
Peggy Goldberg Pitt  
Robert W. Palmer  
Beth M. Rivers

Megan A. Bonanni  
Jennifer L. Lord  
Robin B. Wagner  
Channing Robinson-Holmes

Kevin M. Carlson  
Of Counsel

October 15, 2019

*Recipes Restaurant Class Action v. Leah Fabry/Lauren Conner*

### SETTLEMENT STATEMENT OF FEES AND COSTS

|  | RECEIVABLE | DISBURSEMENTS | BALANCE |
|---|---|---|---|
| Gross Settlement Amount | $37,500.00 | | |
| **Costs Expanded:** | | | |
| Filing Fee. | | $400.00 | |
| Legal Research January 2019 | | $8.93 | |
| Channing Robinson - Mileage/Parking to Scheduling Conference | | $26.94 | |
| Conference Call Premiere Global Services | | $10.19 | |
| Legal Research - July 2019 | | $169.88 | |
| Postage | | $20.66 | |
| Copy/Print Charges | | $40.40 | |
| Total Costs: | | | $677.00 |
| Attorney Fee (33% of $36,823.00) | | | $12,151.59 |
| Net to Class Members | | | $24,671.41 |
| | $37,500.00 | | $37,500.00 |

APPROVED BY:

*/s/ Leah Fabry*  
Leah Fabry, Class Representative

_____  
Megan Bonanni

_____  
Lauren Conner, Class Representative

This settlement statement reflects costs to date. However, it is possible that additional costs may be received or incurred by the firm subsequent to the date on this statement. If additional costs are received or incurred, this settlement will be revised at that time and the account reconciled.



## Pitt McGehee Palmer & Rivers

117 W. Fourth Street, Suite 200
Royal Oak, MI 48067-3848
Tele: (248) 398-9800
Fax: (248) 268-7996
www.pittlawpc.com

Michael L. Pitt
Cary S. McGehee
Peggy Goldberg Pitt
Robert W. Palmer
Beth M. Rivers

Megan A. Bonanni
Jennifer L. Lord
Robin B. Wagner
Channing Robinson-Holmes

Kevin M. Carlson
Of Counsel

October 15, 2019

*Recipes Restaurant Class Action v. Leah Fabry/Lauren Conner*

### SETTLEMENT STATEMENT OF FEES AND COSTS

|  | RECEIVABLE | DISBURSEMENTS | BALANCE |
|---|---|---|---|
| Gross Settlement Amount | $37,500.00 | | |

Costs Expanded:

| | | | |
|---|---|---|---|
| Filing Fee. | | $400.00 | |
| Legal Research January 2019 | | $8.93 | |
| Channing Robinson - Mileage/Parking to Scheduling Conference | | $26.94 | |
| Conference Call Premiere Global Services | | $10.19 | |
| Legal Research - July 2019 | | $169.88 | |
| Postage | | $20.66 | |
| Copy/Print Charges | | $40.40 | |
| Total Costs: | | | $677.00 |

| | | | |
|---|---|---|---|
| Attorney Fee (33% of $36,823.00) | | | $12,151.59 |
| Net to Class Members | | $37,500.00 | $24,671.41 |
| | | | $37,500.00 |

**APPROVED BY:**

_____
Leah Fabry, Class Representative

_____
Lauren Conner, Class Representative

_____
Megan Bonanni

This settlement statement reflects costs to date. However, it is possible that additional costs may be received or incurred by the firm subsequent to the date on this statement. If additional costs are received or incurred, this settlement will be revised at that time and the account reconciled.