UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Leah Fabry and Lauren Connors,
on behalf of themselves and all others
similarly situated,

       Plaintiffs,

v.                                           Case No. 2:19-cv-10020-SFC-MKM
                                          Hon. Sean F. Cox

Recipes Inc., a Michigan corporation,
and Trung Huynh, an individual,
jointly and severally,

       Defendants.
_____/

| | |
|---|---|
| Pitt, McGehee, Palmer & Rivers, P.C. | ANDREW T. BARAN (P31883) |
| Megan Bonanni (P52079) | Giarmarco, Mullins & Horton, PC |
| Channing Robinson-Holmes (P81698) | Attorney for Defendants |
| Attorneys for Plaintiff | 101 W. Big Beaver Road,10th Fl. |
| 117 W. Fourth Street, Suite 200 | Troy, MI 48084-5280 |
| Royal Oak, MI  48067 | (248) 457-7000 |
| (248) 398-9800 | abaran@gmhlaw.com |
| mbonanni@pittlawpc.com | |
| crobinson@pittlawpc.com | |

_____/

**STIPULATED ORDER GRANTING JOINT MOTION IN SUPPORT OF APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION UNDER THE FLSA**

      This matter having come before the Court pursuant to the stipulated agreement of the parties as represented by counsel, and; the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that for reasons set forth on the record the Joint Motion in Support of Approval of Settlement of Collective Action Under the FLSA is GRANTED.

Dated: January 17, 2020                         s/Sean F. Cox
                                                           Sean F. Cox
                                                           U. S. District Judge

Approved as to form and substance:

| s/ Channing Robinson-Holmes | s/ Andrew T. Baran (w/ permission) |
|---|---|
| Pitt, McGehee, Palmer & Rivers, P.C. | ANDREW T. BARAN (P31883) |
| Megan Bonanni (P52079) | Giarmarco, Mullins & Horton, PC |
| Channing Robinson-Holmes (P81698) | Attorney for Defendants |
| Attorneys for Plaintiff | 101 W. Big Beaver Road,10th Fl. |
| 117 W. Fourth Street, Suite 200 | Troy, MI 48084-5280 |
| Royal Oak, MI  48067 | (248) 457-7000 |
| (248) 398-9800 | abaran@gmhlaw.com |
| mbonanni@pittlawpc.com | |
| crobinson@pittlawpc.com | |